UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

            -v.-                  :

ARSENIO RODRIGUEZ,               :
      a/k/a "Juicy," and
MANUEL MELO,                      :
      a/k/a "El Gago,"            :

                  Defendants.     :

- - - - - - - - - - - - - - - x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 1 2 2008

INDICTMENT

07 Cr. ____

07 CRIM 1150

COUNT ONE

The Grand Jury charges:

1.   From in or about late 2003, up to and including on or about November 11, 2006, in the Southern District of New York and elsewhere, ARSENIO RODRIGUEZ, a/k/a "Juicy," and MANUEL MELO, a/k/a "El Gago," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, RODRIGUEZ and MELO, and others known and unknown, conspired to commit armed robberies of suspected narcotics traffickers and others involved in commercial activities that affected interstate commerce.

<u>Overt Acts</u>

2.    In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.    In or about April 2004, in the Bronx, New York, MANUEL MELO, a/k/a "El Gago," the defendant, provided information to others regarding an individual ("V-1") whom MELO believed to be in possession of tens of thousands of dollars in cash, representing the proceeds of the sale of telephone calling cards.

b.    On or about April 28, 2004, ARSENIO RODRIGUEZ, a/k/a "Juicy," the defendant, and others known and unknown, robbed V-1 at gunpoint of telephone calling cards in the vicinity of 92nd Street in Queens, New York.

c.    In or about winter 2004, ARSENIO RODRIGUEZ, a/k/a "Juicy," the defendant, and others known and unknown, robbed an individual ("V-2") whom RODRIGUEZ believed to be a narcotics trafficker in the vicinity of Dykman Street in New York, New York, and stole approximately $69,000 in United States currency from V-2.

d.    On or about June 23, 2004, MANUEL MELO, a/k/a "El Gago," the defendant, and others known and unknown, met with

co-conspirators not charged herein in New York, New York, and discussed the gunpoint robbery of approximately 20 to 30 kilograms of cocaine from suspected narcotics traffickers.

(Title 18, United States Code, Section 1951.)

COUNT TWO

The Grand Jury further charges:

3.    On or about April 28, 2004, in the Southern District of New York, ARSENIO RODRIGUEZ, a/k/a "Juicy," and MANUEL MELO, a/k/a "El Gago," the defendants, and others known and unknown, unlawfully, willfully, and knowingly did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, RODRIGUEZ, MELO, and others known and unknown, robbed and aided and abetted the robbery of an individual at gunpoint of telephone calling cards in the vicinity of 92nd Street in Queens, New York.

(Title 18, United States Code, Sections 1951 and 2.)

COUNT THREE

The Grand Jury further charges:

4.    On or about April 28, 2004, in the Southern District of New York, ARSENIO RODRIGUEZ, a/k/a "Juicy," the defendant, unlawfully, willfully, and knowingly, during and in

3

relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery charged in Count Two of this Indictment, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was brandished during the robbery referenced in Count Two.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

## FORFEITURE ALLEGATION AS TO COUNT ONE

5. As a result of committing the Hobbs Act robbery offenses, in violation of Title 18, United States Code, Sections 1951 and 2, alleged in Count One of this Indictment, ARSENIO RODRIGUEZ, a/k/a "Juicy," and MANUEL MELO, a/k/a "El Gago," the defendants, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, any and all property constituting or derived from any proceeds RODRIGUEZ and MELO obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One of this Indictment.

### Substitute Asset Provision

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

> (a) cannot be located upon the exercise of due diligence;

4

(b)    has been transferred or sold to, or deposited with, a third person;

(c)    has been placed beyond the jurisdiction of the Court;

(d)    has been substantially diminished in value; or

(e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. §

982(b) and 21 U.S.C. § 853(p) to seek forfeiture of any other

property of said defendant up to the value of the above

forfeitable property.

(Title 18, United States Code, Section 981, and Title 28, United States Code, Section 2461.)


FOREPERSON

MICHAEL J. GARCIA
United States Attorney

5

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

### - v. -

ARSENIO RODRIGUEZ,
a/k/a "Juicy,
MANUEL MELO,
a/k/a "El Gago,"

### Defendants.

### INDICTMENT

07 Cr.

(Title 18, United States Code, Section
1951; and Title 18, United States Code,
Section 924(c))

MICHAEL J. GARCIA
United States Attorney.

*[handwritten signature]*

*[handwritten notation]* 12/12/07 Filed Indictment. A/W issued. Case assigned to Judge Marrero.

*[handwritten notation]* A Mag. Judge Dolinger