```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
      - v. -                     :           ECF CASE
                                 :
ARSENIO RODRIGUEZ,               :    NOTICE OF APPEARANCE AND
    a/k/a "Juicy," and           :    REQUEST FOR ELECTRONIC
MANUEL MELO,                     :           NOTIFICATION
    a/k/a "El Gago,"             :
                                 :        07 Cr. 1150 (VM)
             Defendants.         :
                                 :
                                 :
- - - - - - - - - - - - - - - - x
```

TO:   Clerk of Court

      United States District Court

      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                                               Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                                   Southern District of New York

                                             by: /s/ Telemachus P. Kasulis
                                             Telemachus P. Kasulis
                                             Assistant United States Attorney
                                             Tel: (212) 637-2411
                                             Fax: (212) 637-2527

To: All Counsel of Record