**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-5-08

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MAY - 5 2008

May 2, 2008

**BY HAND**

Honorable Victor Marrero
United States District Judge
United States Courthouse
500 Pearl Street
New York, N.Y. 10007

    Re: **United States v. Arsenio Rodriguez et al.**
      **07 Cr. 1150 (VM)**

Dear Judge Marrero:

    The Government respectfully submits this letter to
request a two-week extension until May 16, 2008 to file its
response to defendant Arsenio Rodriguez's pre-trial motions.
Counsel for Mr. Rodriguez consents to this proposed extension.
Thank you for your consideration of this matter.

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney

    By: _____
      Michael Q. English
      Assistant United States Attorney
      (212) 637-2594

cc: Mitchell Dinnerstein, Esq. (via fax)
  Thomas Nooter, Esq. (via fax)

Request GRANTED. The briefing schedule with regard to the
motion *of defendant to suppress* herein
is extended as set forth herein: motion papers submitted by
_____ ; response *5-16-08* ;
reply *two-week extension if requested.*
SO ORDERED.

*5-5-08*
DATE        VICTOR MARRERO, U.S.D.J.