```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :      ORDER
        - v. -                   :
                                 :      07 Cr. 1150 (VM)
ARSENIO RODRIGUEZ,               :
    a/k/a "Juicy," and           :
MANUEL MELO,                     :
    a/k/a "El Gago,"             :
                                 :
                    Defendants.  :
- - - - - - - - - - - - - - - - x
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-1-08

Upon the annexed Affirmation and Application of the United States Attorney for the Southern District of New York, by Assistant United States Attorney Telemachus P. Kasulis, pursuant to the All Writs Act, Title 28, United States Code, Section 1651, requesting that an Order be issued unsealing the Queens County District Attorney's Office files and grand jury testimony listed below, to permit review of the files and grand jury testimony, and any other documents contained therein,

IT IS HEREBY ORDERED, that the files maintained by the Queens County District Attorney's Office and the grand jury testimony and associated court files relating to the April 28, 2004 arrest of ARSENIO RODRIGUEZ, a/k/a "Juicy," the defendant

(Arrest No. 620493/04; Case Number 2004QN020536), be unsealed to permit review of the contents of the files and testimony.

Dated: New York, New York
       June 20, 2008

                                    Victor Marrero
                          UNITED STATES DISTRICT JUDGE
                          SOUTHERN DISTRICT OF NEW YORK