```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :    07 CR 1150 (VM)
                                   :
         -against-                 :
                                   :    ORDER
RAMON ACOSTA,                      :
                                   :
              Defendant.           :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

      On April 20, 2020, Ramon Acosta ("Acosta") requested an update on the status of his March 11, 2020 motion for relief from a final judgment pursuant to Federal Rule of Civil Procedure 60. (See Dkt. No. 142.) However, the Court did not receive the referenced March 11, 2020 motion. Accordingly, Acosta is hereby ordered to resubmit the March 11, 2020 motion to the Court for its consideration. Acosta may mail the motion either to the Clerk of Court, as he did for his April 20, 2020 request, or to the Pro Se Intake Unit, 500 Pearl Street, New York, NY 10007. The Clerk of Court is ordered to mail this Order to Ramon Acosta at C-3 Coleman FCI Medium, P.O. Box 1032, Coleman, FL 33521.

**SO ORDERED:**

Dated:    New York, New York
            13 May 2020

_____
Victor Marrero
U.S.D.J.