```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,          :      07 CR 1150 (VM)
                                   :
          -against-                :
                                   :      ORDER
RAMON ACOSTA,                      :
                                   :
               Defendant.          :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

      In accordance with the Court's May 13, 2020 Order (see Dkt. No. 143), Ramon Acosta ("Acosta") has resubmitted his March 11, 2020 motion for relief from a final judgment pursuant to Federal Rule of Civil Procedure 60. (See Dkt. No. 144.) The Government is hereby directed to respond to Acosta's motion within thirty days of the entry of this Order. The Clerk of Court is ordered to mail this Order to Ramon Acosta at C-3 Coleman FCI Medium, P.O. Box 1032, Coleman, FL 33521.

**SO ORDERED:**

Dated:   New York, New York
         10 June 2020

_____
Victor Marrero
U.S.D.J.