```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA,          :
                                   :
                                   :        07 CR 1150(VM)
         -against-                 :          ORDER
                                   :
RAMON ACOSTA,                      :
                                   :
                      Defendant.   :
----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

On July 9, 2021, the Court denied a motion (see "Motion," Dkt. No. 144) brought by defendant Ramon Acosta ("Acosta") for relief from judgment under Federal Rule of Civil Procedure 60 (see "Order," Dkt. No. 156). To the extent that Motion raised arguments that could have been brought pursuant to 28 U.S.C. § 2255, the Court concludes that Acosta has not made a substantial showing of a denial of his constitutional rights for the reasons set forth in the Order, and a certificate of appealability will not issue. See 28 U.S.C. § 2253.

The Court further certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Order would not be taken in good faith, and therefore, in forma pauperis status is denied for purposes of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is hereby directed to mail this Order to Ramon Acosta, Register Number 56954-054, at FCI Coleman Medium, Federal Correctional Institution, P.O. Box 1032, Coleman, FL 33521.

**SO ORDERED.**

Dated:    New York, New York
          16 July 2021

                                        _____
                                            Victor Marrero
                                               U.S.D.J.